**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02375-JLK

JESSICA MELTON,

       Plaintiff,

v.

FREDERICK J. HANNA & ASSOCIATES, P.C., a Georgia professional corporation,

       Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

       BY THE COURT:

December 5, 2007        *S/John L. Kane*
DATE        U.S. DISTRICT JUDGE